```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ROBERT M. PARKER, | 1:99-cv-6613 OWW SMS P |
| Plaintiff, | ORDER DENYING MOTION TO CONTINUE TRIAL |
| v. | |
| M. HUTTON, et al., | |
| Defendants. | |

Defendants' request for a continuance has been received and reviewed.

The Court recognizes that a new attorney has been assigned to this case. However, that assignment appears to have been made on or before April 4, 2005, when a trial date was set in this case.

This case is six years old and one of the oldest on the Court's docket. At this juncture, despite the fact Defendants' counsel has other cases, such cases must take a subordinate position in the interest of the fair and prompt administration of justice.

To accommodate time conflicts on the part of Defendants' counsel, the pre-trial conference and filing of pre-trial

1  statements are continued as follows: pre-trial statements are due
2  on July 11, 2005.  The telephonic pre-trial conference is
3  scheduled for August 25, 2005, at 10:00 a.m. in Courtroom 4
4  before the Honorable Sandra M. Snyder.
5       Simply put, the Court expects that the management of
6  Defendants' counsel's law office accommodate the age of this
7  case.  There is no justifiable reason for a continuance based on
8  the busy schedule of counsel.  Counsel does not assert any of
9  those cases is older than this case or that they have any higher
10 priority than this case.  For all these reasons, the motion for
11 continuance of the trial date is DENIED.

13 DATED:   June 2, 2005.
14                                /s/ OLIVER W. WANGER
15                       _____
16                            Oliver W. Wanger
                          UNITED STATES DISTRICT JUDGE
17 parker order