# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. PARKER, | CV F   99-6613 OWW SMS P |
| Plaintiff, | ORDER RE-SETTING TELEPHONIC TRIAL CONFIRMATION HEARING **FROM** AUGUST 25, 2005, **10:00 a.m.** to AUGUST 25, 2005, **9:00 a.m.** |
| v. | |
| HUTTON, et. al., | |
| Defendants. | |

Robert M. Parker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 4, 2005, this Court issued a Second Scheduling Order setting the case for a Telephonic Trial Confirmation Hearing on August 11, 2005, and trial before the Honorable Oliver W. Wanger on September 20, 2005. On May 17, 2005, Defendants moved to continue the trial. The District Court denied the request on June 6, 2005, but reset the Telephonic Trial Confirmation hearing for August 25, 2005, at 10:00 a.m. to give Defendants a bit more time. Due to a scheduling conflict, the Court finds it necessary to reschedule the time for the Telephonic Trial Confirmation Hearing. Accordingly, the Court HEREBY ORDERS:

1. **The Telephonic Trial Confirmation Hearing will now be held on August 25, 2005, at 9:00 a.m. before the undersigned.**

All deadlines and provisions in the Court's Second Scheduling Order other than those changed by the District Court's June 6, 2005, Order and the instant Order, remain in effect.[1]

IT IS SO ORDERED.

Dated:   **June 27, 2005**                          /s/ Sandra M. Snyder
icido3                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] As noted above, Judge Wanger's order moved the Telephonic Trial Confirmation Hearing from August 11, 2005, to August 25, 2005, and reset the pretrial statement deadline and the instant order re-sets the time from 10:00 a.m. to 9:00 a.m. Thus, Defendants are still required to make arrangements for Plaintiff to appear telephonically on the date of the Telephonic Trial Confirmation hearing.