# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. PARKER, | CV F 99 6613 OWW SMS P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JULY 15, 2005 (Doc. 75.) |
| M. HUTTON, | |
| Defendants. / | |

    Robert M. Parker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On July 15, 2005, this Court issued Findings and Recommendations that the action be dismissed for Plaintiff's failure to comply with a Court Order and submit a pretrial statement. Plaintiff was afforded thirty (30) days to file Objections to the Findings and Recommendations.

    On July 18, 2005, Plaintiff filed his pretrial statement in accordance with the Court's Second Scheduling Order. In light of this filing, the Court HEREBY ORDERS:

    1.    The Findings and Recommendations that the action be dismissed are VACATED. The Court will proceed with the case accordingly.

IT IS SO ORDERED.

**Dated:**   **July 26, 2005**                  **/s/ Sandra M. Snyder**
b6edp0                                        UNITED STATES MAGISTRATE JUDGE