1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| ROBERT M.  PARKER, | CV F   99 6613 OWW SMS P |
| | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JULY 15, 2005 (Doc.  75.) |
| Plaintiff, | |
| v. | ORDER SETTING HEARING DATES |
| M.  HUTTON, | Telephonic Trial Confirmation Hearing:   March 14, 2006, at 10:00 a.m in Courtroom 4 (SMS) |
| Defendants. | Jury Trial:   May 16, 2006, at 9:00 a.m. in Courtroom 2 (OWW) |
| _____/ | |

Robert M.  Parker ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On August 23, 2005, this Court issued an Order vacating the Telephonic Trail Confirmation Hearing and Trial dates on the basis that Plaintiff had not complied with a Court order by submitting a Pretrial Statement in compliance with the Local Rules.

On August 26, 2005, and September 6, 2005, Plaintiff submitted an untimely Pretrial Statement.  Plaintiff also filed Objections to the Findings and Recommendations on September 12, 2005.  Plaintiff argues that the Court should deem his Pretrial Statements timely because of the mailbox rule.  According to the Pretrial Statement, Plaintiff signed and therefore, submitted to the Court for filing, his Pretrial Statement on August 19, 2005.  However, contrary to Plaintiff's belief that the time began when he received the Order on August 8, 2005, the Court Order clearly stated that the Pretrial Statement was due no later than fifteen days from the date of

1

service of the Order.  The Order was served on August 3, 2005, and thus, Plaintiff's submission
of the Pretrial Order on August 19, 2005, the date he signed the document, is untimely.   In any
event, because the Pretrial Order is in compliance with the Local Rule and there has been no
Objection to the untimely submission by Defendants, the Court will VACATE the Findings and
Recommendations and reset the matter for trial.  Plaintiff is forewarned, however, that any
further delay or rules violation (be they Civil Rules or Local Rules), will result in a
Recommendation that the case be dismissed and his case may be dismissed.  The Court notes that
this is the second issuance of Findings and Recommendations for Plaintiff's failure to comply.
The Court makes clear to Plaintiff that no further violations of the rules resulting in further delay
of this case will be tolerated.

Accordingly, the Court HEREBY ORDERS:

1.      The Findings and Recommendations issued on August 23, 2005, are VACATED;

2.      A Telephonic Trial Confirmation Hearing will be HELD before the undersigned
        on March 14, 2006, at 10:00 a.m.;

3.      Counsel for Defendants is required to arrange for the participation of Plaintiff in
        the Telephonic Trial Confirmation Hearing and to initiate the telephonic hearing
        at (559) 498-7325;

4.      A jury trial will be held before the Honorable Judge Oliver W. Wanger on May
        16, 2006, at 9:00 a.m. in Courtroom 2.

5.      If Plaintiff wishes to obtain the attendance of *unincarcerated* witnesses who
        refuse to testify voluntarily, Plaintiff must submit the money orders, as described
        in subsection 4 of the Second Scheduling Order issued on April 4, 2005, to the
        Court on or before **March 14, 2006**.

A Pretrial Order will issue separately.

IT IS SO ORDERED.

**Dated:    October 11, 2005**                    _____ **/s/ Sandra M. Snyder** _____
icido3                                            UNITED STATES MAGISTRATE JUDGE