1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROBERT M. PARKER,

           Plaintiff,

   v.

M. HUTTON, et. al.,

           Defendants.

_____/

CASE NO. CV-F-99-6613 OWW SMS P

ORDER FOLLOWING SETTLEMENT
CONFERENCE

ORDER SETTING DEADLINE FOR FILING
OF STATUS REPORT

On April 18, 2006, at 1:00 p.m., Plaintiff, Robert M. Parker, Counsel for Defendants,
Jennifer Perkell and Mr. Mike Hanready, Representative for the California Department of
Corrections and Rehabilitation, appeared telephonically for a settlement conference before the
undersigned and settlement was reached.  Counsel for Defendants indicated that Plaintiff would
be required to sign certain documents before he would receive his monetary settlement, less any
restitution before the settlement would conclude.  In addition to the agreement to settle, Plaintiff
indicated to the Court that he was recently transferred from California Men's Colony East in San
Luis Obispo to Pleasant Valley State Prison and is in the process of filing a Notice of Change of
Address with the Court.

1

In light of the above events, the Court HEREBY ORDERS:

1.      Defendants SHALL file a Stipulation and Proposed Order of Dismissal within THIRTY (30) DAYS of the date of service of this Order;

2.      In the event no Stipulation and Proposed Order of Dismissal is ready to be FILED, Defendants SHALL instead file a STATUS REPORT and continue to file a status report EVERY THIRTY (30) days thereafter until the Stipulation and Proposed Order is submitted.

IT IS SO ORDERED.

**Dated:    April 20, 2006**             _____**/s/ Sandra M. Snyder**_____
icido3                                    UNITED STATES MAGISTRATE JUDGE