# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. PARKER, | CASE NO. CV-F-99-6613 OWW SMS P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S STATUS REPORT REGARDING SETTLEMENT (Doc. 100) |
| v. | |
| M. HUTTON, et. al., | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF COURTESY COPY OF DOCUMENTS 99 AND 100. |

On April 18, 2006, at 1:00 p.m., Plaintiff, Robert M. Parker, Counsel for Defendants, Jennifer Perkell and Mr. Mike Hanready, Representative for the California Department of Corrections and Rehabilitation, appeared telephonically for a settlement conference before the undersigned and settlement was reached. Counsel for Defendants indicated that Plaintiff would be required to sign certain documents before he would receive his monetary settlement, less any restitution before the settlement would conclude. In addition to the agreement to settle, Plaintiff indicated to the Court that he was recently transferred from California Men's Colony East in San Luis Obispo to Pleasant Valley State Prison and is in the process of filing a Notice of Change of Address with the Court. The Court received that Notice of Change of Address on April 27,

2006. The Notice indicated that the change of address was also sent to Jennifer Perkell, Deputy Attorney General assigned to this case.

On May 19, 2006, pursuant to a Court Order, Defendants filed a Status report indicating that they had not received the documents previously sent to Plaintiff for his signature and return nor had there been any form of contact by Plaintiff to Defendants.

On June 22, 2006, Defendants filed a second Status Report again indicating that there had been no contact by Plaintiff regarding the documents and the documents had not been signed by Plaintiff and returned to the Attorney General's office for processing and the issuance of a check for Plaintiff's monetary settlement. In light of the lack of contact by Plaintiff with the Court and the opposing party in this matter, the Court finds it necessary to issue the following Order requiring Plaintiff to respond to Defendant's Status Report.

Accordingly, the Court HEREBY ORDERS:

1. Plaintiff shall RESPOND to Defendant's Status Reports within TWENTY (20) days of the date of service of this Order and SHALL address specifically why he has not returned the necessary documents to the Defendants for completion of the settlement.

2. The Clerk of Court is DIRECTED to SEND Plaintiff courtesy copies of Documents 99 and 100 (Defendant's Status Reports).

IT IS SO ORDERED.

**Dated:   July 5, 2006**              /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE

2