# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. PARKER,<br><br>             Plaintiff,<br><br>       v.<br><br>M. HUTTON, et. al.,<br><br>             Defendants.<br>_____ / | CV F 99 6613 OWW SMS P<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION FOR VOLUNTARY DISMISSAL (Doc. 103) |

On September 13, 2006, the parties filed a stipulation to dismiss this action pursuant to a settlement agreement between the parties. Based upon the parties' stipulation, the Court HEREBY ORDERS:

1.   This action is DISMISSED in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure;

2.   Both sides SHALL bear their own costs and attorneys fees in this matter.

This concludes this action in its entirety. IT IS SO ORDERED.

**Dated:     September 15, 2006**              /s/ Oliver W. Wanger
emm0d6                                                       UNITED STATES DISTRICT JUDGE

1